Joseph Pikora, appellee, v. Royal Neighbors of America, appellant. Gen. No. 25,709.

Action on a death benefit certificate. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed December 31, 1920.

A. W. Fulton and John V. McCormick, for appellant; Benjamin D. Smith, Mankato, Minn., of counsel. Earl J. Walker, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Anna L. Good, appellee, v. Philip Barnett, appellant. Gen. No. 25,729.

Action in trover for value of a gold mesh bag. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Leo J. Doyle, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed December 31, 1920.

Weissenbach, Hartman, Craig & Cermak, for appellant; Seymour M. Lewis and John William Chapman, of counsel. Edward J. Kelley, for appellee.

Mr Justice Matchett delivered the opinion of the court.

---

Walter L. Bowen, appellee, v. William Erby & Sons Company, appellant. Gen. No. 25,739.

Action of replevin for an automobile. Alternative judgment against defendant. Appeal from the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed and remanded. Opinion filed December 31, 1920.

A. G. Dicus, for appellant. George Remus, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Laurence Quirici, appellee, v. Anton Krolicki and Anna Krolicki, appellants. Gen. No. 25,765.

Interlocutory injunction issued. Appeal from the Superior Court of Cook county; the Hon. John M. O'Connor, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Appeal dismissed. Opinion filed December 31, 1920.

John J. Sherlock, for appellants; Frank T. Huening, of counsel. Thomas J. Graydon, for appellee.

Mr. Justice Matchett delivered the opinion of the court.